IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **Jennifer Auer Jordan**, and **ShaMiracle J. Rankin,** | Case No. _____ |
| Plaintiffs, | |
| vs. | |
| **Victoria S. Darrisaw, James Coursey, Jr.,** and **Warren Selby,** in their official capacities as members of the Special Committee on Judicial Election Campaign Intervention of the Judicial Qualifications Commission, | **Plaintiffs' *Ex Parte* Motion for Leave to Exceed Page Limitations** |
| Defendants. | |

Plaintiffs Jennifer Auer Jordan and ShaMiracle J. Rankin respectfully move this Court, pursuant to Middle District of Georgia Local Rules 7.4 and 7.7, for leave to file their Motion for a Temporary Restraining Order and a Preliminary Injunction that exceeds the Court's 20-page limit.

Plaintiffs seek to file a brief that is 33 pages in Century Schoolbook 13-point font, which is warranted given the complexity of legal issues involved in this action alleging constitutional harms and given the somewhat lengthy factual background required.

For good cause shown, Plaintiffs request the Court grant their motion for leave to exceed page limits.

Respectfully submitted this 30th day of April, 2026.

**/s/ Roy E. Barnes**
Roy E. Barnes
Georgia Bar No. 039000
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, Georgia 30060
(770) 419-8505
roy@barneslawgroup.com

**/s/ S. Lester Tate, III**
S. Lester Tate, III
Georgia Bar No. 698835
Akin & Tate, PC
Post Office Box 878
11 South Public Square
Cartersville, Georgia 30120
(770) 382-0780
lester@akin-tate.com

**/s/ Bryan L. Sells**
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

**/s/ W. Matthew Wilson**
W. Matthew Wilson
Georgia Bar No. 392385
Bell Wilson Law, LLC
750 Piedmont Avenue NE
Atlanta, Georgia 30308
(678) 916-8758
matthew@bellwilsonlaw.com

*Attorneys for Plaintiffs*