**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **Jennifer Auer Jordan**, and **ShaMiracle J. Rankin,** <br><br> Plaintiffs, <br><br> vs. <br><br> **Victoria S. Darrisaw, James Coursey, Jr.,** and **Warren Selby,** in their official capacities as members of the Special Committee on Judicial Election Campaign Intervention of the Judicial Qualifications Commission, <br><br> Defendants. | Case No. _____ <br><br><br> **Plaintiffs' Motion for an Expedited Hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction** <br><br> **FILED UNDER SEAL** |

Plaintiffs Jennifer Auer Jordan and ShaMiracle J. Rankin, pursuant to Middle District of Georgia Local Rule 7.5, respectfully move this Court to set an expedited hearing on the plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, showing the Court as follows:

1.     This is a constitutional challenge to Georgia's Code of Judicial Conduct in the context of a hotly contested race for two seats on Georgia's Supreme Court.

**FILED UNDER SEAL**

2.    Both plaintiffs are candidates for Justice of the Supreme Court of Georgia in the nonpartisan election taking place on May 19, 2026, for which advance (early) voting began on April 27, 2026 and is currently underway.

3.    The plaintiffs have filed contemporaneously with this motion their Verified Complaint and Motion for Temporary Restraining Order and Preliminary Injunction seeking to enjoin the defendants from continuing their investigation of the plaintiffs' campaign statements and conduct as noticed in their letters of April 27, 2026.

4.    The plaintiffs have alleged—under penalty of perjury—that they are presently censoring their own campaign speech in response to the threat of prosecution by the defendants and the Judicial Qualifications Committee ("JQC").

5.    In their notice letter of April 27, 2026, the defendants have given the plaintiffs until 5:00 p.m. on Thursday, April 30, 2026 to respond in writing.

6.    Pursuant to JQC Rule 29(B), once the defendants receive the plaintiffs' written responses, the defendants may provide the original complainant(s) with three business days to file their own written responses, followed by an opportunity for the plaintiffs to submit a written rebuttal within one business day.

**FILED UNDER SEAL**

7.    JQC Rule 29(B) also authorizes the defendants to accelerate this schedule and take immediate action, including releasing "a non-confidential [p]ublic [s]tatement setting out the violations reasonably believed to exist."

8.    An expedited hearing is necessary to bring resolution to this controversy and end the defendants' chilling of the plaintiffs' constitutionally protected speech directed to Georgia voters, who are actively casting their ballots.

WHEREFORE, the plaintiffs pray the Court grant their Motion for Expedited Hearing and set the same for hearing as soon as possible.

Respectfully submitted this 30th day of April, 2026.

**/s/ Roy E. Barnes**
Roy E. Barnes
Georgia Bar No. 039000
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, Georgia 30060
(770) 419-8505
roy@barneslawgroup.com

**/s/ S. Lester Tate, III**
S. Lester Tate, III
Georgia Bar No. 698835
Akin & Tate, PC
Post Office Box 878
11 South Public Square
Cartersville, Georgia 30120
(770) 382-0780
lester@akin-tate.com

**/s/ Bryan L. Sells**
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

**/s/ W. Matthew Wilson**
W. Matthew Wilson
Georgia Bar No. 392385
Bell Wilson Law, LLC
750 Piedmont Avenue NE
Atlanta, Georgia 30308
(678) 916-8758
matthew@bellwilsonlaw.com

*Attorneys for Plaintiffs*