**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JENNIFER AUER JORDAN and : 
SHAMIRACLE J. RANKIN, :
: 
    Plaintiffs, :
:
v. :     CASE NO.: 1:26-CV-57 (LAG)
:
VICTORIA S. DARRISAW, *et al.*, :
:
    Defendants. :
:

**ORDER**

    The Court *sua sponte* requested briefing on *forum non conveniens* and venue choice from Plaintiffs on May 4, 2026. (Doc. 11). Plaintiffs filed a Response (Doc. 15) on May 5, 2026. Defendants shall file their response by **close of business** on **Wednesday, May 6, 2026**.[1]

        **SO ORDERED**, this 5th day of May, 2026.

        /s/ Leslie A. Gardner
        **LESLIE A. GARDNER, CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**

---

[1]    On May 4, 2026, Defendants waived service. (Docs. 12, 13, 14).