**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

JENNIFER AUER JORDAN and          :
SHAMIRACLE J. RANKIN,             :
                                  :
    Plaintiffs,              :
                                  :
v.                                :          CASE NO.: 1:26-CV-57 (LAG)
                                  :
VICTORIA S. DARRISAW, *et al.*,   :
                                  :
    Defendants.              :
                                  :

## ORDER

    Before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 7). Defendants shall file their response by **close of business** on **Friday, May 8, 2026**.

    **SO ORDERED**, this 5th day of May, 2026.

        /s/ Leslie A. Gardner
        **LESLIE A. GARDNER, CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**