**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| JENNIFER AUER JORDAN, and SHAMIRACLE J. RANKIN | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CV-57 (LAG) |
| | : | |
| VICTORIA S. DARRISAW, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

Before the Court is Defendants' Motion for Extension of Time to File Response in Opposition to Plaintiffs' Motion to Seal the Record. (Doc. 25). Defendants' received a copy of Plaintiff's Motion to Seal Documents (Doc. 1) on April 30, 2026 at 6:30 PM. (Doc. 25 at 1). The Court issued an order granting Plaintiffs' motion to *temporarily* seal the case on May 1, 2026. (Doc. 4). On May 4, 2026, Defendants' waived service. On May 5, 2026, the Court issued two orders (Docs. 16, 20) requiring a shortened briefing schedule requiring responses by close-of-business on May 6 and May 8, 2026.

Under Local Rule 7.7, a "party desiring to submit an objection . . . must file a written objection within seven (7) days after service of the motion." M.D.Ga. Local Rule 7.7. In light of the shortened briefing schedule, the complexities of the case, and Defendants' desire to submit an objection to the Court's order (Doc. 1), the Court finds good cause to allow an extension for Defendants' to file their objections.

Accordingly, Defendants' Motion (Doc. 25) is **GRANTED**. Defendants' shall have until 9 A.M. on May 11, 2026, to file their objection.

**SO ORDERED**, this 9th day of May, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**