IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JENNIFER AUER JORDAN, and, )
SHAMIRACLE J. RANKIN,  )
  )
  Plaintiffs, )
  v. )          CASE NO. 1:26-CV-0057 (LAG)
  )
VICTORIA S. DARRISAW, )
JAMES COURSEY, JR., and )
WARREN SELBY, )
  )
  Defendants. )

## ATLANTA JOURNAL-CONSTITUTION'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO UNSEAL COURT RECORDS

Non-party The Atlanta Journal-Constitution (the AJC) respectfully submits this supplemental brief in support of its motion opposing the sealing of court records and the potential closure of hearings.

## ARGUMENT

### I.  Sealing Orders are Subject to Immediate Appellate Review as Collateral Orders.

The Eleventh Circuit has found that sealing orders are subject to immediate appellate review as collateral orders.  This is true not only where a district court grants or denies a motion to seal, *see Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1242 (11th Cir. 2007), but also where a district court grants or denies a motion to unseal.  *See Callahan v. United Network*

*for Organ Sharing*, 17 F.4th 1356, 1361 (11th Cir. 2021). As the Eleventh

Circuit stated in *Callahan*:

> Like an order granting a motion to seal or denying a motion to unseal, an order granting a motion to unseal conclusively decides a disputed question and resolves an important issue separate from a lawsuit's merits. And it becomes effectively unreviewable if interlocutory appeal is unavailable—even more so than an order granting a motion to seal or denying a motion to unseal. The tools of the information age have only made more apparent what has always been true—once information is revealed, it cannot be made secret again.

*Id.*; *see also id.* ("[L]ike several of our sister circuits, we recognize that due to

the irreversible nature of public access to sensitive documents, th[e collateral

order] exception is warranted for orders to unseal.")

## II.   The Court Should Unseal the Record and Allow the Parties to Seek Immediate Appeal.

As set forth fully in the AJC's Motion (Dkt. 26), the Court should

unseal the filings in this case, including the transcript of the closed May 11,

2026 hearing.

Moreover, the Court can guard against any possible undue harm to

Plaintiffs, as well as afford an opportunity appellate review prior to the

upcoming election, by issuing an order stating that the unsealing would occur

on Friday, May 15, 2026, unless a stay is entered by the Eleventh Circuit.

That would allow the Parties supporting continued sealing an opportunity to

seek a stay of this Court's order pending further review.  *See generally* FRAP(a)(2) (setting forth procedure for motion to stay).

Indeed, the Eleventh Circuit has previously considered the staying of sealing orders on an emergency basis.  *See Chicago Tribune, Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1309 (11th Cir. 2001) (noting that it had "granted Firestone's emergency motion for a stay pending Firestone's appeal" of order unsealing court records).  *See also Commissioner, Alabama Department of Corrections v. Advance Local Media, LLC*, 918 F.3d 1161, 1165 (11th Cir. 2019) (noting district court's stay of order unsealing records pending appeal); *F.T.C. v. Abbvie Products LLC*, 713 F.3d 54, 60 (11th Cir. 2013) (same).

## CONCLUSION

For the foregoing reasons, the AJC requests that the Court unseal the parties' respective filings in this case, as well as the transcript from the closed May 11, 2026 hearing.

Respectfully submitted, May 11, 2026.

> */s/Thomas M. Clyde*
> Thomas Clyde (Ga. Bar 170955)
> tclyde@ktslaw.com
> Joe P. Reynolds (Ga. Bar 358795)
> jreynolds@ktslaw.com
> **KILPATRICK TOWNSEND**
> **& STOCKTON LLP**
> 1100 Peachtree St., Suite 2800

- 3 -

Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for The Atlanta Journal-Constitution*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2026, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

/s/Thomas M. Clyde
Thomas M. Clyde
**KILPATRICK TOWNSEND
 & STOCKTON LLP**
1100 Peachtree St., Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555