# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

JENNIFER AUER JORDAN and
SHAMIRACLE J. RANKIN,

    Plaintiffs,

    v.

VICTORIA S. DARRISAW, et al.,

    Defendants.

Case No. 1:26-cv-00057-LAG

**DEFENDANTS' NOTICE OF APPEAL**

Defendants Victoria S. Darrisaw, James Coursey, Jr., and Warren Selby appeal to the United States Court of Appeals for the Eleventh Circuit from the May 15, 2026 Order of the United States District Court for the Middle District of Georgia (ECF No. 48) partially granting Plaintiffs' Motion for temporary Restraining Order and Preliminary Injunction.

This 15th day of May 2026

*/s/ Michael R. Huston*
Michael R. Huston, pro hac vice
Arizona Bar No. 038763
mhuston@perkinscoie.com
Jean-Jacques Cabou, pro hac vice
Arizona Bar No. 22835
jcabou@perkinscoie.com
Margo Casselman, pro hac vice
Arizona Bar No. 034963
mcasselman@perkinscoie.com
Karl Worsham, pro hac vice
Arizona Bar No. 035713
kworsham@perkinscoie.com
Jordan Buckwald, pro hac vice
Arizona Bar No. 036610
jbuckwald@perkinscoie.com
PERKINS COIE LLP
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85012
T: (602) 351-8062

Charles P. Boring
Georgia Bar No. 065131
cboring@robbinsfirm.com
Jane Ashley Ravry
Georgia Bar No. 451038
jaravry@robbinsfirm.com
ROBBINS ALLOY BELINFANTE
LITTLEFIELD LLC
500 14th Street NW
Atlanta, Georgia 30318
T: (678) 701-9381
F: (404) 856-3255

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: May 15, 2026

/s/ Michael R. Huston
Michael R. Huston
