# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-11705

_____

JENNIFER AUER JORDAN,
SHAMIRACLE J RANKIN,

*Plaintiffs-Appellees,*

*versus*

VICTORIA S. DARRISAW,

in their official capacities as members of
the Special Committee on Judicial
Election Campaign Intervention of the
Judicial Qualifications Commission,

JAMES L. COURSEY, JR.,

in their official capacities as members of
the Special Committee on Judicial
Election Campaign Intervention of the
Judicial Qualifications Commission,

WARREN SELBY,

in their official capacities as members of the
Special Committee on Judicial Election
Campaign Intervention of the Judicial Qualifications Commission,

*Defendants-Appellants.*

2                    Order of the Court                    26-11705

—————————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:26-cv-00057-LAG

—————————————————

ORDER:

The parties' motions to file under seal are GRANTED to the extent that this Court GRANTS any party to this appeal leave to file under seal a document containing any information that is under seal in the district court below. *See* 11th Cir. R. 25-3(h).

Appellees' response to the motion for a stay is due no later than 5:00 pm ET, Saturday, May 16, 2026.

Appellants' reply is due no later than noon ET, Sunday, May 17, 2026.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION