# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-11705
_____

JENNIFER AUER JORDAN,
SHAMIRACLE J RANKIN,

*Plaintiffs-Appellees,*

*versus*

VICTORIA S. DARRISAW,
  in their official capacities as members of
  the Special Committee on Judicial
  Election Campaign Intervention of the
  Judicial Qualifications Commission,
JAMES L. COURSEY, JR.,
  in their official capacities as members of
  the Special Committee on Judicial
  Election Campaign Intervention of the
  Judicial Qualifications Commission,
WARREN SELBY,
  in their official capacities as members of the
  Special Committee on Judicial Election
  Campaign Intervention of the Judicial Qualifications Commission,

*Defendants-Appellants.*

2                          Order of the Court                          26-11705

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:26-cv-00057-LAG

_____

Before NEWSOM, LUCK, and KIDD, Circuit Judges.

BY THE COURT:

Appellees' motion for an administrative stay is DENIED.

The Clerk's Office is DIRECTED to unseal the order issued on May 17, 2026.