**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JENNIFER AUER JORDAN, and                  :
SHAMIRACLE J. RANKIN,                       :
                                            :
     Plaintiffs,                          :
                                            :
v.                                          :    CASE NO.: 1:26-CV-57 (LAG)
                                            :
VICTORIA S. DARRISAW, *et al.*,             :
                                            :
     Defendants.                          :
                         :

## ORDER

Before the Court is Defendants' Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Motion). (Doc. 63). Therein, Defendants ask the Court to extend the deadline for Defendants to answer Plaintiff's Complaint until after the Court has resolved Plaintiffs' pending Motion for Corrective Relief (Doc. 57) and any appeals of that ruling. (Doc. 63 at 2). Defendants represent that in preparing their response to Plaintiffs' Motion for Corrective Relief (Doc. 57) and their anticipated response to the Complaint, they "observed significant overlap in the substance of their arguments[;]" but Defendants failed to specify what those overlapping arguments are. (Doc. 63 at 2). Defendants further represent that an extension of time to respond to the Complaint would "preserve resources of the Parties so as not to require redundant and duplicative briefing for the Court's review." (*Id.*). Plaintiffs have not responded to the Motion. (*See* Docket).

Accordingly, Defendants are **ORDERED** to, within **seven (7) days** of the date of this order, either (1) supplement their Motion specifying the overlapping arguments and advising the Court whether Plaintiff now consents to the Motion *or* (2) file their response to the Complaint.

     **SO ORDERED**, this 6th day of July, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**